## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Linda Bozec,

Plaintiff(s),

v.

Stellar Recovery, Inc.,

Defendant(s).

Case No. 14-cv-10030
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Linda Bozec
and against defendant(s) Stellar Recovery, Inc.
in the amount of $2,000.00 ,

which ☐ includes    pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion    .

Date: 5/18/2015

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk